**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                CASE NO. 15-16387-AJC

YVONNE STEELE,                                              Chapter 7

     Debtor.
_____/

**STIPULATION FOR SUBSTITUTION OF DEBTOR'S COUNSEL AND**
**REQUEST FOR ENTRY OF ORDER AUTHORIZING SUBSTITUTION OF COUNSEL**

     IT IS HEREBY stipulated (the "Stipulation") by and between the undersigned counsel that Christian Somodevilla, Esq., of the law firm of Alexander + Somodevilla, PLLC (the "Firm"), be substituted as counsel of record for the Debtor, Yvonne Steele (the "Debtor"), in place and stead of Kathy L. Houston, Esq., and that Kathy L. Houston, Esq. and her firm The Houston Law Firm, PL shall have no further responsibilities for representation herewith. The Debtor hereby consents to the substitution of counsel herein and, pursuant to Local Rule 2091-1, requests entry of an order authorizing the substitution of counsel.

DATED this 25th of June, 2015                         DATED this 25th of July, 2015

**ALEXANDER + SOMODEVILLA, PLLC**           **THE HOUSTON LAW FIRM, PL**
1401 Brickell Ave., Suite 420                                  12651 S. Dixie Highway, Suite 207
Miami, Florida 33130                                               Miami, FL 33156
Telephone: (305) 894-6163                                      Telephone: 305-420-6609
Facsimile: (305) 503-9447                                       Facsimile: 786-441-4416

By: /s/ *Christian Somodevilla*                              By: /s/ *Kathy L. Houston*
    CHRISTIAN SOMODEVILLA                          KATHY L. HOUSTON
    Florida Bar No. 59539                                      Florida Bar No. 56042
    csomodevilla@aslawpllc.com                         courtdocs@houstonlawfl.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation has been served this 25th day of June, 2015, by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system.

/s/ *Christian Somodevilla*
Christian Somodevilla
FL Bar No. 59539